UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Matthew Lewis</u>

           v.            Civil No. 10-cv-274-JL

<u>NH State Prison, Warden</u>

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 8, 2011, no objection having been filed. I further find the Petitioner has made no substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. See 28 U.S.C. §2253(c)(2); First Cir.LR22.0.

    SO ORDERED.

September 14, 2011                       _____
                                                  Joseph N. Laplante
                                                  United States District Judge

cc:    Matthew Lewis, Pro se
        Elizabeth Woodcock, Esq.