UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Matthew Lewis

        v.                  Civil No. 10-cv-274-JL

NH State Prison, Warden

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 8, 2011, no objection having been filed. I further find the Petitioner has made no substantial showing of the denial of a constitutional right, no certificate of appealability shall issue.  See 28 U.S.C. §2253(c)(2); First Cir.LR22.0.

    SO ORDERED.

September 14, 2011                                  _____
                                                          Joseph N. Laplante
                                                          United States District Judge

cc:    Matthew Lewis, Pro se
        Elizabeth Woodcock, Esq.